Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone:  (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>vs.<br><br>EAST SIDE HOTEL ASSOCIATES LP<br>dba The Camby<br><br>Defendant(s). | Case No: 2:17-cv-03212-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff voluntarily dismisses the above cause with prejudice.

DATED this 5th day of December 2017

**STROJNIK, P.C.**

*/s/ Peter Strojnik*

Peter Strojnik, 6464
Attorneys for Plaintiff