NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>            Plaintiff,<br><br>v.<br><br>East Side Hotel Associates Limited Partnership,<br><br>            Defendant. | No. CV-17-03212-PHX-JJT<br><br>**ORDER** |

Upon review of the Notice of Voluntary Dismissal With Prejudice (Doc. 13), and good cause appearing,

IT IS ORDERED vacating the Clerk's Entry of Default (Doc. 12).

IT IS FURTHER ORDERED dismissing this matter with prejudice.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 19th day of December, 2017.

Honorable John J. Tuchi
United States District Judge